THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELHAJJI ELSHABAZZ, Appellant. (Appeal No. 2.) [916 NYS2d 882]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered August 27, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of marihuana in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Elshabazz* (81 AD3d 1429 [2011]). Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.